UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANE DOE (P.B.),<br><br>Plaintiff,<br><br>v.<br><br>WYNDHAM HOTELS & RESORTS, INC. D/B/A RAMADA INN, RAMADA FRANCHISE SYSTEMS, INC. D/B/A RAMADA INN, CT-CT07 MAZEL, LLC D/B/A RAMADA INN and DT-DT07 MAZEL, LLC D/B/A RAMADA INN,<br><br>Defendants. | Civil Action No. 3:23-cv-01493-ZNQ-RLS<br><br>**CONSENT ORDER EXTENDING TIME FOR DEFENDANTS CT-CT07 MAZEL, LLC AND DT-DT07 MAZEL, LLC TO RESPOND TO COMPLAINT** |

**THIS MATTER** having been opened to the Court by Giordano, Halleran & Ciesla, P.C. (Matthew N. Fiorovanti, Esq., appearing), counsel for defendants CT-CT07 Mazel, LLC and DT-DT07 Mazel, LLC, and with the consent of Locks Law Firm (Jennifer L. Emmons, Esq., appearing, counsel for plaintiff Jane Doe (P.B.), and DLA Piper LLP (US) (David S. Sager, Esq., appearing), counsel for defendants Wyndham Hotels & Resorts, Inc. and Ramada Franchise Systems, Inc., now known as Ramada Worldwide, Inc., and it appearing to the Court that the parties have agreed to the entry of this order and for good cause shown;

IT IS on this 4th day of May, 2023, **ORDERED AND ADJUDGED:**

1. The time within which Defendants CT-CT07 Mazel, LLC and DT-DT07 Mazel, LLC shall answer, move or otherwise respond to the complaint of plaintiff Jane Doe (P.B.) in the within action is hereby extended through and including May 19, 2023.

We hereby Consent to the form

And entry of the within Judgment:

| | |
|---|---|
| **Locks Law Firm**<br>*Attorneys for Plaintiff, Jane Doe (P.B.)* | **DLA Piper LLP (US)**<br>*Attorneys for Defendants, Wyndham Hotels & Resorts, Inc. and Ramada Worldwide Inc.* |
| By: *s/ Jennifer L. Emmons, Esq.*<br>JENNIFER L. EMMONS, ESQ. | By: */s David S. Sager*<br>DAVID S. SAGER, ESQ. |
| Dated: May 4, 2023 | Dated: May 4, 2023 |

**Giordano, Halleran & Ciesla, P.C.**
*Attorneys for Defendants, CT-CT07 Mazel, LLC and DT-DT07 Mazel, LLC*

By: */s Matthew N. Fiorovanti*
      MATTHEW N. FIOROVANTI, ESQ.

Dated: May 4, 2023

Docs #6247608-v1

So Ordered this 4th day of May, 2023

Hon. Rukhsanah L. Singh, U.S.M.J.