UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANE DOE (P.B.),<br><br>v.<br><br>WYNDHAM HOTELS & RESORTS, INC. D/B/A RAMADA INN, *et al.*,<br><br>Defendants. | Civil Action No. 23-1493 (ZNQ) (RLS)<br><br>**ORDER** |

This matter comes before the Court upon Defendants Wyndham Hotels & Resorts, Inc. ("WRHI") and Ramada Worldwide Inc.'s ("RWI") Motion to Dismiss (ECF Nos. 16 and 42) and Defendant Dorca Co. Inc.'s ("Dorca") Motion to Dismiss (ECF No. 28.) For the reasons outlined in the Court's accompanying Opinion,

**IT IS** on this 26th day of December 2023,

**ORDERED** that WRHI and RWI's Motion to Dismiss (ECF No. 42) is hereby **GRANTED IN PART and DENIED IN PART**; their Motion is granted insofar as the Amended Complaint's claim against WRHI and RWI for directly liability is DISMISSED WITHOUT PREJUDICE; their Motion is denied with respect to the Amended Complaint's claim against them based on vicarious liability; and it is further

**ORDERED** that WRHI and RWI's Motion to Dismiss (ECF No. 16) is hereby **DENIED AS MOOT**; and it is further

**ORDERED** that Dorca's Motion to Dismiss (ECF No. 28) is hereby **DENIED**; and it is further

**ORDERED** that Plaintiff is hereby given leave to either file a Second Amended Complaint, limited to amendments to remedy the defects identified in the accompanying Opinion, or indicate that she intends to proceed based on the current, Amended Complaint.

s/Zahid N. Quraishi  
**ZAHID N. QURAISHI**  
**UNITED STATES DISTRICT JUDGE**
